# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI ANN GONZALEZ, individually and on behalf of all similarly situated,**<br><br>Plaintiffs<br><br>v.<br><br>**COMENITY CAPITAL BANK,**<br><br>Defendant | OLD CASE 1:19-CV-0348 LJO BAM<br><br>NEW CASE 1:19-CV-0348 AWI EPG<br><br>**ORDER RELATING & REASSIGNING CASE AND REFERING CASES TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS** |

After a review of the Court's docket, it appears that this case is related to *Lori Ann Gonzalez v. Comenity Capital Bank.*, 1:19-cv-0342 AWI EPG. See Local Rule 123. Because reassignment of this action to a single district judge and magistrate judge is likely to affect a savings of judicial effort and economy, it is appropriate to reassign this action to the docket of the undersigned. See Local Rule 123(c).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 123, this case is REASSIGNED to the dockets of Senior District Judge Anthony W. Ishii and Magistrate Judge Erica P. Grosjean;
2. The new case number will be: 1:19-cv-0348 AWI EPG, and all future filings in this case shall use this case number only;
3. This case, as well as *Lori Ann Gonzalez v. Comenity Capital Bank.*, 1:19-cv-0342 AWI EPG, are referred to Magistrate Judge Grosjean for the purpose issuing a scheduling order;

4. As part of the scheduling order process, the parties shall address the desirability of consolidating and merging this case with *Lori Ann Gonzalez v. Comenity Capital Bank.*, 1:19-cv-0342 AWI EPG; and

5. The Clerk shall file a copy of this order in the docket of *Lori Ann Gonzalez v. Comenity Capital Bank.*, 1:19-cv-0342 AWI EPG

IT IS SO ORDERED.

Dated: March 22, 2019

                                          SENIOR DISTRICT JUDGE