TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
MARGARET T. CARDASIS (SBN 322167)
mcardasis@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN GONZALEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY CAPITAL BANK,<br><br>Defendants. | CASE NO.: 1:19-CV-00342-AWI-EPG<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND and ORDER THEREON**<br><br>Current Hearing Date: May 6, 2019<br><br>New Hearing Date: May 20, 2019<br><br>The Honorable Anthony W. Ishii |

Plaintiff LORI ANN GONZALEZ ("Plaintiff") and Defendant COMENITY CAPITAL BANK ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1. On March 14, 2019, Defendant removed the Complaint in this case to this Court. Doc. No. 1.

2. On March 25, 2019, the Court issued an Order deeming this case related to *Lori Ann Gonzalez v. Comenity Bank*, Case No. 1:19-cv-00348-AWI-EPG ("Related Case"). Doc. No. 7.

3. On April 8, 2019, Plaintiff filed a Motion to Remand this case to state court. Doc. No. 9. That same day, Plaintiff filed a similar Motion to Remand in the Related Case. Plaintiff noticed both motions for hearing on May 6, 2019. The deadline to oppose both motions is April 22, 2019.

4. Defendant's lead counsel, Tomio B. Narita, will be out of the office from April 12, 2019 to April 24, 2019 on a pre-planned trip to New York and then to London, and will therefore be unable to dedicate sufficient time to preparing Defendant's Opposition to Plaintiff's Motion under the current schedule.

5. Given Mr. Narita's schedule, Plaintiff's counsel has agreed to continue the hearing and corresponding briefing schedule on Plaintiff's Motion to Remand by two weeks. Accordingly, the parties have agreed that Defendant's Opposition will be due on May 6, 2019, Plaintiff's reply will be due on May 13, 2019, and the hearing will be held on May 20, 2019.

6. The parties have not previously requested a continuance of the Motion to Remand hearing or briefing schedule.

Accordingly, pursuant to Local Rules 143, 144 and 230(f), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and jointly request that: 1) the hearing on Plaintiff's Motion to Remand be continued from

May 6, 2019 to May 20, 2019, 2) Defendant shall respond to the Motion on or before May 6, 2019, and 3) Plaintiff shall file her reply on or before May 13, 2019.

IT IS SO STIPULATED.

DATED: April 12, 2019

SIMMONDS & NARITA LLP
TOMIO B. NARITA
R. TRAVIS CAMPBELL
MARGARET T. CARDASIS

By: /s/R. Travis Campbell
R. Travis Campbell
Attorneys for Defendant
Comenity Capital Bank

DATED: April 12, 2019

LAW OFFICE OF TAVY A. DUMONT
TAVY A. DUMONT

By: /s/Tavy A. Dumont
(as authorized on April 12, 2019)
Tavy A. Dumont
Attorneys for Plaintiff
Lori Ann Gonzalez

IT IS SO ORDERED.

Dated: April 15, 2019

_____
SENIOR DISTRICT JUDGE