UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN GONZALEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant. | CASE NO. 1:19-cv-00342-AWI-EPG<br><br>**ORDER RE: STIPULATION AND REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>(ECF NO. 21) |

Pursuant to the stipulation of the parties (ECF No. 21), and finding good cause exists,

IT IS ORDERED that the scheduling conference currently set for June 11, 2019, is reset to August 6, 2019, at 9:30 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

**IT IS SO ORDERED.**

Dated: **May 23, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE