# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN GONZALEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY BANK,<br>DOES 1-30,<br><br>Defendants. | CASE NO.: 1:19-cv-00342-AWI-EPG<br><br>**ORDER RESETTING SCHEDULING CONFERENCE**<br><br>(ECF No. 32) |

Pursuant to the stipulation of the parties (ECF No. 32), and finding good cause, the scheduling conference, currently set for August 6, 2019, is vacated and reset to September 9, 2019, at 10:00 a.m.

The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.
IT IS SO ORDERED.

Dated: **July 11, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE