# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN GONZALEZ, individually and on behalf of others similarly situated,<br><br>               Plaintiff,<br>vs.<br><br>COMENITY CAPITAL BANK,<br>DOES 1-30,<br><br>               Defendants. | CASE NO.: 1:19-cv-00342-AWI-EPG<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(ECF No. 34) |

     Pursuant to the stipulation of the parties (ECF No. 34), the Court finds good cause for and grants the requested continuance of the scheduling conference.

     IT IS ORDERED that the Scheduling Conference currently set for September 9, 2019, is continued to November 5, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 15, 2019**         /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE