# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN GONZALEZ, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant. | CASE NO. 1:19-cv-00342-AWI-EPG<br><br>**ORDER OF REFERRAL TO VDRP**<br><br>(ECF No. 44) |

Pursuant to the parties' stipulation, electing to participate in the Court's Voluntary Dispute Resolution Program ("VDRP") (ECF No. 44), IT IS HEREBY ORDERED that:

1. This action is REFERRED to the VDRP.

2. Within fourteen (14) days of this order, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral evaluator.

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

1

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

6. As requested by the parties, both this case and related case, *Gonzalez v. Comenity Bank,* No. 1:19-cv-00348-AWI-EPG, which is also being referred to VDRP, shall be assigned to the same Neutral, with both cases to be mediated in the same VDRP session.

7. The status conference, currently set for November 19, 2019, is VACATED, to be reset, if needed, following completion of VDRP.

8. The scheduling conference, currently set for January 22, 2020, is VACATED, to be reset, if needed, following completion of VDRP.

9. Discovery on the limited issue of the existence of a contract to arbitrate is stayed until the completion of VDRP.

IT IS SO ORDERED.

Dated: **November 14, 2019**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2