# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN GONZALEZ, Individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>COMENITY CAPITAL BANK,<br><br>      Defendant. | Case No. 1:19-cv-00342-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS<br><br>(ECF No. 49) |

Plaintiff, Lori Ann Gonzalez, for herself and not on behalf of the putative class, and Defendant, Comenity Capital Bank, have filed a stipulation for dismissal of the action with prejudice as to Plaintiff Lori Ann Gonzalez, and without prejudice as to the putative class. (ECF No. 49.) In light of the stipulation, the case has ended and is dismissed with prejudice as to Plaintiff Lori Ann Gonzalez and without prejudice as to the putative class. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

As requested by the parties, the Court will retain jurisdiction over this matter for purposes of enforcing the terms of the stipulation for dismissal and the settlement agreement and release referred to in the stipulation for dismissal.

IT IS SO ORDERED.

Dated: **January 6, 2020**     /s/ _Erica P. Grosjean_
                   UNITED STATES MAGISTRATE JUDGE